■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES SMITH, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Cook, J.—robbery, third degree.) Present—Dillon, P. J., Callahan, Boomer, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVE THOMAS, Appellant.—Judgment unanimously affirmed (see, People v Williams, 89 AD2d 1055). (Appeal from judgment of Supreme Court, Onondaga County, Gorman, J.—criminal sale of controlled substance, fifth degree.) Present—Doerr, J. P., Denman, Green, Pine and Schnepp, JJ.

■ MARCIA J. YOUNG, Doing Business as YOUNG LIQUORS, Appellant, v CLIFFORD G. OLNEY, III, Doing Business as YES, Respondent.—Appeal unanimously dismissed, without costs (see, Dolin v Passero-Scardetta Assoc., 110 AD2d 1051). (Appeal from order of Supreme Court, Jefferson County, Grow, J.—default judgment.) Present—Dillon, P. J., Callahan, Denman, Balio and Lawton, JJ.

■ NANCY M. SMITH, as Administrator of the Estate of DAVID G. SMITH, Deceased, Plaintiff, v POLAR TANK TRAILER, INC., et al., Defendants and Third-Party Plaintiffs. ALFRED T. SENFT, SR., Doing Business as ALFRED T. SENFT, SR. FARM, Third-Party Defendant. (Action No. 1.) ALFRED L. SENFT, as Executor of ALAN P. SENFT, Deceased, Appellant, v AMERICAN TRAILERS, INC., et al., Respondents and Third-Party Plaintiffs. ALFRED L. SENFT, Third-Party Defendant. (Action No. 2.)— Order unanimously affirmed, with costs, for reasons stated in memorandum decision at Special Term, Morton, J. (Appeal from order of Supreme Court, Wyoming County, Morton, J.— joinder for trial.) Present—Dillon, P. J., Boomer, Green, Pine and Lawton, JJ.